IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GAYTAN,<br><br>    Plaintiff,<br><br>v.<br><br>ELAINE CHAO, Secretary of Department of Labor,<br><br>    Defendant._____/ | No. C 07-6367 VRW<br><br>**CLERK'S NOTICE** |

(Plaintiff is required to serve a copy of this notice on any party not appearing on the Notice of Electronic Filing and/or the attached Certificate of Service, and file proof of service with the Court)

    YOU ARE NOTIFIED THAT the Case Management Conference currently scheduled for March 27, 2008 has been **continued to Thursday, May 22, 2008 at 3:30 p.m.** To prepare for the conference, the parties shall review and comply in all respects with the requirements of Civil L.R. 16-9 & L.R. 16-10. Please report to Courtroom #6, on the 17th floor at 450 Golden Gate Avenue, San Francisco, California.

Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

Dated: March 7, 2008

                                      FOR THE COURT,
                                      Richard W. Wieking, Clerk

                                      By: *Cora Klein*
                                      Cora Klein, Courtroom Deputy Clerk to
                                      Chief Judge Vaughn Walker

**United States District Court**
For the Northern District of California