# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

RICHARD GAYTAN,

                Plaintiff,

   v.

ELAINE CHAO et al,

                Defendant.

_____/

Case Number: C07-06367 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 7, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard Gaytan
733 Banff Drive
Newman, CA 95360

Dated: March 7, 2008

                        Richard W. Wieking, Clerk
                        By: Cora Klein, Deputy Clerk

                        *Cora Klein*