UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard GAYTAN,
         Plaintiff(s),

                v.

Elaine Chao,
         Defendant(s).
Secretary of Labor

CASE NO. C07-06367 VRW

NOTICE OF NEED FOR ADR PHONE CONFERENCE

*FILED MAY -2 AM 11:23*

Counsel report that they have met and conferred regarding ADR and that they:

☒ have not yet reached an agreement to an ADR process
☐ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  May 22, 2008

The following counsel will participate in the ADR phone conference:

| Name | NOT– Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Lezly D. Crowell | | (510) 562-6975 | |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 4-28-08

_____
Attorney for Plaintiff

Dated: _____

_____
Attorney for Defendant

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

Rev. 12/05