1 Richard Gaytan (Pro se)
2 733 Banff Drive
Newman, CA 95360
3 (209) 862-3755
Attorney for Plaintiff

FILED
08 MAY -2 AM 11:22

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Richard Gaytan,                     ) Case No.: C07-06367 VRW
                                    ) ADR REQUEST
       Plaintiff,                   )
                                    )
vs.                                 )
Elaine Chao, Secretary of Labor,    )
Defendant                           )
                                    )

Request ADR for the following:

1) Plaintiff reallege and incorporate herein by reference as though fully set forth, each and every allegation. Unless Defendants are restrained, all other disabled veterans will suffer irreparable Injury included in the following;

    a. pain and anguish associated with their PTSD and/or its effects upon their health and Safety, including the possibility of wrongful termination.

    B. unknowing having their claims for PTSD tainted by the Challenged OFCCP Practices;

2) Plaintiff will be required to engage in a circuity of actions if injunctive relief is not granted forbidding OFCCP from continuing to commit the Challenged OFCCP Practices

Case No. : _C07-06367 VRW_____   Gaytan v. Elaine Chao

1 and committing the other wrongful acts alleged above.

2 3) Plaintiff lack an adequate remedy at law to remedy the unlawful acts describe herein.

3

4 4) Reinstate Plaintiff to his full position as Equal Opportunity Compliance Officer

5 at the grade of GS-11 with full back pay and all other entitled benefits in which he is

6

7 entitled too or **Pay** settlement of 5 Million Dollars for each cause of action for Plaintiff

8 sustained injuries of embarrassment, humiliation, and increased rage, all of which have

9 caused, and continue to cause Plaintiff great mental pain and suffering.

10

11

12 Dated: February 6, 2008

13 By: Richard Gaytan (Pro se)

14     733 Banff Drive

15     Newman, CA. 95360

16     (209-862-3755)

17

18

19

20

21

22

23

24

25

26

27

28

Case No. : C07-06367 VRW        Gaytan v. Elaine Chao

**VERIFICATION**

I, <u>Richard Gaytan</u>, am the Plaintiff in the above-entitled action. I have read the foregoing complaint and know the contents thereof. The same is true of my own knowledge, except as to those matters, which are therein alleged on information and belief, and as those matters, I believe it to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated this 6th day of February 6, 2008

By: Richard Gaytan (Pro se)

733 Banff Drive

Newman, CA. 95360

(209-862-3755)

Case No. : <u>C07-06367 VRW</u>    Gaytan v. Elaine Chao

## CERTIFICATE OF MAILING

**CERTIFIED MAIL**
7007 2560 0000 7594 0402

Elaine Chao
c/o Annabelle T. Lockhart, Director
Office of Civil Rights
Department of Labor
200 Constitution Ave., NW #N4123
Washington, DC 20210
Agency Nos. 03-09-129; 04-09-038; 04-09-050; 05-09-142

**CERTIFIED MAIL**
7007 2560 0000 7594 0396

U.S. Equal Employment Opportunity Commission
Office of Federal Operations
P.O. Box 19848
Washington, D.C. 20036
Appeal No. 0120072442

Case No.: C07-06367 VRW     Gaytan v. Elaine Chao