Richard Gaytan (Pro se)
733 Banff Drive
Newman, CA 95360
(209) 862-3755
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Gaytan, | ) Case No. C07-06367 VRW |
| | ) PROOF OF VERFICATION FOR |
| | ) COMPLAINT FOR |
| Plaintiff, | ) AGGRAVATE PLANTIFF POST |
| | ) TRAUMATIC STRESS DISORDER & |
| vs. | ) INJUCTIVE RELIEF UNDER THE |
| Elaine Chao, Secretary of Labor, | ) UNITED STATES CONSTITUTION & ADR |
| Defendant | ) REQUEST & ADR FINAL REQUST |

## PROOF OF VERFICATION BY MAIL

I am a citizen of the United States and a resident of the City of Newman and Stanislaus County.

I am over the age of eighteen years and I am the party to within action. My home address is 733 Banff Drive, Newman, CA., 95360.

On May 14, 2008 I served the within **COMPLAINT FOR AGGRAVATE PLANTIFF**

---

Case No. C07-06367 VRW Gaytan v. Elaine Chao

1. **POST TRAUMATIC STRESS DISORDER & INJUCTIVE RELIEF UNDER THE**

2. **UNITED STATES CONSTITUTION, FILED DEC. 17, 2007 & ADR REQUEST & ADR**

3. **FINAL REQUEST** on the parties in said action, by placing a true copy thereof enclosed in a

4. sealed envelope with postage thereon fully prepaid, in the UNITED STATES post office mail box

5. at Newman, California address as follows:

8. U.S. ATTORNEY
9. 450 Golden Gate Avenue
   PO Box 36055
10. San Francisco, CA 94102

12. ATTORNEY GENERAL
    U.S. Department of Justice
13. 10th & Pennsylvania, NW
14. Washington, DC 20530

16. I, Richard Gaytan, declare under penalty of perjury that the foregoing is true and correct.

17. Executed this 14th day of May 2008 at Newman, California

24. 2 Case No. C07-06367 VRW Gaytan v. Elaine Chao

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Richard Gaytan
Complaint

E-filing

v.

Elaine Chao
Secretary
Department of Labor
Agency

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C07-06367 VRW

TO: (Name and address of defendant) Elaine Chao
c/o Annabelle T. Lockhart, Director
Office of Civil Rights
Department of Labor
200 Constitution Ave, NW #N4/123
Washington, DC 20210

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard Gaytan (Pro Se)
733 Banff Dr
Newman, CA 95360

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE DEC 17 2007

(BY) DEPUTY CLERK