FAX NO: 1-(415)-522-3605

FILED
2008 MAY 22 AM 10:28
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA

FAX MAIL

TO: Judge Walker, ALJ
9th Dist. CT of SF

May 22, 2008

FROM: Richard Gaytan (Pro-Se)
733 Banff Drive
New Man, CA 95360

RE: Gaytan v. Elaine Chao Dept of Labor
Case # C07-06367 - ADR Hearing at 3:30pm 22May08

Subj: Request for Continuance

Dear Honorable Judge Walker,
I am requesting a continuance in the above matter due to death in my family. Please advise for next ADR Hearing.

Sig—
Richard Gaytan
Plant. RHll
Hm (209) 862-8755
Cell (209) 324-5971