IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GAYTAN,<br><br>    Plaintiff,<br><br>  v.<br><br>ELAINE CHAO, Secretary of Labor,<br><br>    Defendant.<br>_____/ | No. C 07-6367 VRW<br><br>**CLERK'S NOTICE** |

(Plaintiff is required to serve a copy of this notice, and file proof of service with the Court, on any party not appearing on the Certificate of Service)

    YOU ARE NOTIFIED THAT Case Management Conference has been **scheduled for July 10, 2008 at 2:30 p.m.** for this action. To prepare for the conference, the parties shall review and comply in all respects with the requirements of Civil L.R. 16-9 & L.R. 16-10. A joint case management statement must be filed one week prior to the conference. Please report to Courtroom #6, on the 17th floor at 450 Golden Gate Avenue, San Francisco, California. Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

Dated: May 27, 2008

                                                                     FOR THE COURT,
                                                                       Richard W. Wieking, Clerk

                                                                       By: *Cora Klein*
                                                                  Courtroom Deputy Clerk to Judge Vaughn R Walker

email: cora_delfin-klein@cand.uscourts.gov