# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**DEFENDANT'S CASE MANAGEMENT CONFERENCE STATEMENT**

**Gaytan v. Chao**
**C 07-6367 VRW**

to be served this date upon the party(ies) as follows:

✓   **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

    **PERSONAL SERVICE (BY MESSENGER)** I caused such envelope to be delivered by hand to the person or offices of each addressee below.

    **FACSIMILE (FAX)** Telephone No.: _____ I caused each such document to be sent by facsimile to the person or offices of each addressee below.

    **FEDERAL EXPRESS**

    **CERTIFIED MAIL**

    **BY E-MAIL** I caused each such document to be sent by e-mail to the person or offices of each addressee below.

to the party(ies) addressed as follows:

**Richard Gaytan, Pro Se**
**733 Banff Drive**
**Newman, CA 95360**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 3, 2008 at San Francisco, California.

                 /s/
           CAROL E WEXELBAUM
           Legal Assistant