# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

### VAUGHN R. WALKER
United States District Chief Judge

Date :  July 10, 2008

**C 07-6367  VRW**      **Richard Gaytan**   v   **Elaine Chao, Secretary, US Dept of Labor**

Attorneys : For Plaintiff(s):   Richard Gaytan - ProSe

          For Defendant(s):   Michael Pyle

Deputy Clerk: Cora Klein                  Reporter: Belle Ball

PROCEEDINGS:
Case Management Conference - Held

ADR to be used:  Court Appointed Mediation to be completed by: 11/3/2008

Fact Discovery Cutoff:  2/27/09      Designation of Experts/Reports:  2/13/09
Rebuttal Expert/Report:  3/13/09      Experts Discovery Cutoff:  4/17/09

SCHEDULE:

DISPOSITIVE MOTIONS HEARING:  5/14/2009 at 2:30 p.m.

PRETRIAL CONFERENCE:  6/18/2009 at 3:30 pm

Order to be prepared by:    Plntf_____  Deft_____  Court_x_