UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GAYTAN,<br><br>        Plaintiff,<br><br>  v.<br><br>ELAINE CHAO et al,<br><br>        Defendant. | Case Number: C07-6367 VRW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 11, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Thomas Pyle e-notified
United States Attorney's Office
450 Golden Gate Avenue
Box 36055
San Francisco, CA 94102-3495

Richard Gaytan
733 Banff Drive
Newman, CA 95360

Dated: July 11, 2008

                                            Richard W. Wieking, Clerk
                                            By: Cora Klein, Deputy Clerk

                                            *Cora Klein* (signature)