```
JOSEPH P. RUSSONIELLO (CA SBN 44332)
United States Attorney
JOANN M. SWANSON (CA SBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CA SBN 172954)
Assistant United States Attorney

    450 Golden Gate Avenue
    9th Floor, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415-436-7322
    Facsimile: 415-436-6748
    michael.t.pyle@usdoj.gov

Attorneys for Defendant
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD GAYTAN, | Case No. C 07-6367 VRW |
| Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| ELAINE CHAO, Secretary of Labor, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on **August 29, 2008** she caused a copy of:

**DEFENDANT ELAINE CHAO'S NOTICE OF MOTION AND MOTION TO DISMISS;**

**[PROPOSED] ORDER GRANTING DEFENDANT ELAINE CHAO'S NOTICE OF MOTION AND MOTION TO DISMISS**; and **MEMORANDUM OF DECISION, FINDINGS OF FACT AND CONCLUSIONS OF LAW in the case <u>Veterans for Common Sense et al. v. James B. Peake, M.D., et al., C 07-3758 SC</u>** to be served by mail upon the person(s) at the place and address(es) stated below, which is the last known address:

//

//

No. C 07-6367 VRW

1 | Richard Gaytan
2 | 733 Banff Drive
Newman, CA 95360
PRO SE

3

4     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

5

6

7 Dated: August 29, 2008    By: /s/
    STEFANIA M. CHIN
    Legal Assistant

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28