ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-3148

September 11, 2008

Richard Gaytan
733 Banff Drive
Newman, CA 95360
209-862-3755

Michael Thomas Pyle
United States Attorney's Office
450 Golden Gate Avenue
Box 36055
San Francisco, CA 94102-3495
415-436-7322

    Re:    Gaytan v. Chao
              Case No. C 07-06367 VRW MED

Dear Mr. Gaytan and Mr. Pyle:

     The ADR Program would like to convene a conference call with one of our legal staff, to discuss the time frame for the Mediation. We would like to schedule this for **Monday, September 22, 2008 at 2:00 p.m.** This office will initiate the call to the phone numbers above unless directed otherwise. Please call me at 415-522-3148 as soon as possible to confirm your availability and to give me the phone number where you can be reached.

     Thank you for your attention to this matter.

                                     Sincerely,

                                     Alice M. Fiel
                                     ADR Case Administrator